UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASELTON, et al.,

    Plaintiff,

v.

JUMP-LINE, et al.,

    Defendant.

No. C06-256

MINUTE ORDER

  The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

  The parties have not complied with the order directing that a joint status report be filed by May 12, 2006. The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

  Filed this 30th day of May, 2006.

                BRUCE RIFKIN, Clerk

                By: /s Mary Duett
                    Deputy Clerk

MINUTE ORDER - 1