UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENNETT HASELTON, et al.,

    Plaintiff(s),

  v.

JUMP-LINE, BLUE ZAPP, INC., et al.,

    Defendant(s).

NO. C06-256P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed Plaintiffs' Motion and Declaration for Order of Default and Default Judgment. A default order (Dkt. No. 16) has already been entered in this matter.

Based on the evidence provided by Plaintiffs, the Court is not prepared to enter a Default Judgment, nor award attorney's fees, in the amounts requested. The proposed Default Judgment asks for damages based on allegations of numbers of "spam" e-mails received by Plaintiffs – the quantity of "spams" alleged is neither reflected in the Complaint nor supported by any corroborative evidence. Similarly, Plaintiff requests $1,500 in attorney fees with no affidavit by Plaintiff's counsel supporting fees in this amount.

Plaintiffs may re-submit their motion for default judgment with proper factual corroboration and sworn affidavits in support of both their damages and attorney's fees requests.

MINUTE ORDER

Filed this 14th day of August, 2006.

                                                    BRUCE RIFKIN, Clerk

                                         By      /s Mary Duett
                                                   Deputy Clerk

MINUTE ORDER