UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASELTON,

          Plaintiff(s),

  v.

JUMP-LINE, et al.,

          Defendant(s).

NO. C06-256P

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

    On August 14, 2006, the Court entered an order denying Plaintiff's request for default judgment and attorney's fees on the grounds that there was insufficient corroborating evidence to support the requests. Dkt. No. 17. Since that date, over a month has elapsed and Plaintiff has failed to file any declarations, exhibits or pleadings to supplement the initial request.

    Plaintiff is hereby ordered to show cause within 30 days of the date of this order why this matter should not be dismissed for failure to prosecute. If the Court has not received supportive documentation for the motion for default judgment or some other pleading explaining why such evidence has not been forthcoming, the Court will dismiss the above-entitled matter on its own motion.

MINUTE ORDER

1     Filed this 18th day of September, 2006.

2                                     BRUCE RIFKIN, Clerk

3

4                              By    /s Mary Duett
                                      Deputy Clerk

26 MINUTE ORDER